AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| PHYLLIS A. ASHER, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   8:26-cv-00895-WFJ-LSG |
| MORNING LAW GROUP, P.C. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Morning Law Group, P.C.                                                                      .

Date:  April 23, 2026                              /s/ P. Matthew Luka
                                                   *Attorney's signature*

                                                   P. Matthew Luka, Esq. (0555630)
                                                   *Printed name and bar number*

                                                   400 N. Tampa St., 15th Floor
                                                   Tampa, FL 33602
                                                   *Address*

                                                   mluka@laurosinger.com
                                                   *E-mail address*

                                                   813.222.8990
                                                   *Telephone number*

                                                   813.222.8991
                                                   *FAX number*