UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA
TAMPA DIVISION

PHYLLIS A. ASHER,

     Plaintiff,

v.                                CASE NO.: 8:26-cv-00895-T-WFJ-LSG

MORNING LAW GROUP, P.C.,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), Defendant Morning Law Group, P.C. certifies that the instant action:

**___** IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**X** IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully Submitted,

*/s/ P. Matthew Luka*
P. Matthew Luka
Florida Bar No. 555630
mluka@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

*Attorney for Defendant*
*Morning Law Group*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing on all counsel of record.

/s/ *P. Matthew Luka*
P. Matthew Luka, Esq.