**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PHYLLIS A. ASHER,

Plaintiff, Case No. 8:26-cv-00895-WFJ-LSG

v.

MORNING LAW GROUP, P.C.,

Defendant.
_______________________________/

**STIPULATION OF DISMISSAL**

Plaintiff, PHYLLIS A. ASHER, and Defendant, MORNING LAW GROUP, P.C., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's claims against MORNING LAW GROUP, P.C. Each party to bear its own attorney's fees and costs.

Dated: September 8, 2026 Respectfully submitted,

*/s/ Travis P. Lampert*
Travis P. Lampert, Esq.
Florida Bar No. 99843
Sulaiman Law Group, Ltd.
2500 Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 581-5456
Fax: (630) 575-8188
tlambert@atlaslawcenter.com
*Counsel for Plaintiff*

*/s/ P. Matthew Luka*
P. Matthew Luka
Florida Bar No. 555630
mluka@laurolawfirm.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990
mluka@laurosinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Travis P. Lampert*
Travis P. Lampert